IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

SHELIA MONTGOMERY                                                    PLAINTIFF

v.                                                   CIVIL ACTION NO. 1:06CV183-A-D

ASHLEY FURNITURE INDUSTRIES INC.                                    DEFENDANT

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court on an Agreed Order of Dismissal with Prejudice presented by the parties and the Court being advised that the settlement is complete finds that this cause should be dismissed with prejudice.

ORDERED that Plaintiff's claims against Defendant are dismissed with prejudice, with each party to bear their own costs and attorney's fees.

SO ORDERED this the 11th day of December, 2007.

                          **/s/ Sharion Aycock**
                          **UNITED STATES DISTRICT JUDGE**

AGREED:

*/s/ Ronald Woodruff*
Ronald Woodruff, Esquire
*Attorney for Plaintiff*

*/s/ Mark Halbert*
Mark Halbert, Esquire
*Attorneys for Defendant*

TO.243652.1